UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GARY BARGER,
aka GARY FISHER,

         Plaintiff,

   v.

TRUST OFFICE,

         Defendant.

Case No.  14-cv-04349-WHO (PR)

**ORDER OF DISMISSAL**

Plaintiff Gary Barger has failed to comply with the Court's order to file a complaint.  Accordingly, the action is DISMISSED without prejudice for failing to respond to the Court's order, and for failure to prosecute, *see* Fed. R. Civ. P. 41(b).  Because this dismissal is without prejudice, Barger may move to reopen the action.  Any such motion **must** contain a complaint using this Court's form.

The Clerk shall terminate enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED.**

**Dated:** November 17, 2014

_____
WILLIAM H. ORRICK
United States District Judge